UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW TORO,** *on behalf of himself and all others similarly situated*, <br><br>                  **Plaintiff,** <br><br> -against- <br><br> **LISA-MARIES MADE IN MAINE, INC.,** <br><br>                  **Defendant.** | 22-CV-7583 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Defendant's request for a pre-motion conference to discuss its anticipated motion to dismiss. (ECF No. 11.) Plaintiff is directed to file a letter response by **January 20, 2023**.

**Dated: January 17, 2023**
        New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**