UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW TORO,** *on behalf of himself and all others similarly situated*, <br><br>                             **Plaintiff,** <br><br> -against- <br><br> **LISA-MARIES MADE IN MAINE, INC.,** <br><br>                             **Defendant.** | 22-CV-7583 (ALC) <br><br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's response to Defendant's pre-motion conference letter. (ECF No. 13.) Plaintiff is directed to file a letter by **February 3, 2023** indicating whether he requests leave to amend the Complaint in light of Defendant's arguments for dismissal.

Dated:  January 26, 2023
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**