UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HGM,

                              Plaintiff,

      -against-                          22-CV-7583 (ALC)

JGV APPAREL GROUP, ET AL.,            <u>ORDER</u>

                              Defendant.

---

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' request for a pre-motion conference to discuss its anticipated motion to dismiss. (ECF No. 11.) According to the undersigned's individual rules, responses to a request for a pre-motion conference are due within three business days. As such, the Court *sua sponte* extends Plaintiff's deadline to file a response to Defendants' pre-motion conference request to **February 23, 2023**.

Dated: February 17, 2023
       New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge